NUMBER13-05-701-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________ _


ROLAND BURROWS, Appellant,


v.



CHRYSLER MOTOR CORPORATION AND 

KILLEBREW, INC., Appellees.

____________________________________________________ __ 

On appeal from the 267th District Court


of Victoria County, Texas.


_____________________________________________________ _ 

MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, ROLAND BURROWS, perfected an appeal from a judgment entered
by the 267th District Court of Victoria County, Texas, in cause number 03-4-59,541-C. The clerk's record was filed on December 27, 2005. No reporter's record was
filed. Appellant's brief was due on November 13, 2006. To date, no appellate brief
has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On November 28, 2006, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 21st day of December, 2006